United States Courts
Southern District of Texas
FILED

*May 27, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | **Case No. 4:26-cr-328** |
| **MARCUS DEANDRE CUNNINGHAM**, | |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)
Felon in Possession of a Firearm

On or about May 9, 2026, in the Southern District of Texas, the defendant,

**MARCUS DEANDRE CUNNINGHAM**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a **HS Produkt (Springfield Armory) XDS-9, 9x19mm semiautomatic handgun, Serial Number: BE207749**, and said firearm had been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE NOTICE

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, the United States of America hereby gives notice that all firearms and ammunition involved in, used in, or intended to be used in the commission of the offense in

1

violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), which is charged in

Count One, are subject to forfeiture.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____

FOREMAN OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney


BY: _____

Francisco J. Rodriguez
Assistant United States Attorney